IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:21-cr-16-KRG-KAP-17 |
| AMBER LINGAFELT, | : |
| Defendant | : |

### Memorandum Order

After this morning's status conference, and in anticipation of the defendant's imminent completion of the in-patient program at Cove Forge, the release order previously entered in this matter at ECF no. 135 is reinstated upon the defendant's discharge, with the amendments at subsection 7 (f) that the defendant is to reside at the approved residence disclosed to Pretrial Services, and at subsection 7 (o), she shall faithfully continue with outpatient drug and alcohol treatment at the facility disclosed to Pretrial Services. Any changes or anticipated changes in residence or treatment program shall be disclosed to Pretrial Services.

DATE: January 4, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record, Pretrial Services, United States Marshal Service